

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/14
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2014

MEMO ENDORSED

11/12/14
Sentencing Adj'd to
April 30, 2015
at 4:00 p.m.

*Colleen McMahon*

BY ECF AND HAND

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1640
New York, New York 10007

    Re:    *United States v. Sandeep Aggarwal,*
             No. 13 Cr. 884 (CM)

Dear Judge McMahon:

    I write to respectfully request that the sentencing control date for the defendant, which is presently November 20, 2014, be adjourned for approximately six months given Mr. Aggarwal's continued cooperation with the Government. Mr. Aggarwal's counsel consents to this request.

    Thank you for your consideration.

                                    Respectfully,

                                    /s/ Matthew L. Schwartz
                                  MATTHEW L. SCHWARTZ
                                  Assistant United States Attorney
                                  Tel.: (212) 637-1945

cc:    BY ECF

        Sean Casey, Esq.
        Justin Sommers, Esq.
        Kobre & Kim LLP
        *Attorneys for the defendant*