# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

September 11, 2015

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1640
New York, New York 10007

      Re:    <u>United States v. Sandeep Aggarwal</u>
               No. 13 Cr. 884 (CM)

Dear Judge McMahon:

      We represent Defendant Sandeep Aggarwal in the above-referenced action and write to respectfully request that the sentencing control date for Mr. Aggarwal, which is currently October 29, 2015, be adjourned for approximately six months given Mr. Aggarwal's continuing cooperation with the Government and in light of the Government's pending certiorari petition in <u>United States v. Newman</u>, the outcome of which counsel would like to review before proceeding to sentencing. The Government consents to this adjournment.

      Further, under an arrangement with the Government that was approved by this Court, Mr. Aggarwal has been allowed to live with his family in India until September 14, 2015, or until the Government required his presence in the United States for further cooperation or sentencing. The Government has informed us that it is still in the process of determining when it will need Mr. Aggarwal to come back to the United States, but that he will not be needed before January 14, 2016. We therefore also respectfully request that the Court allow Mr. Aggarwal to stay in India until January 14, 2016.

The Honorable Colleen McMahon
September 11, 2015
Page 2

      Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/ Sean P. Casey

                                                Sean P. Casey
                                                +1 212 488 1200

cc:    Arlo Devlin-Brown, Assistant U.S. Attorney (by e-mail and ECF)