# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/17

MEMO ENDORSED

May 2, 2017

5/2/2017
So ordered

**BY ECF AND HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**Re:  United States v. Sandeep Aggarwal
No. 13 Cr. 884 (CM)**

Dear Judge McMahon:

  We represent Sandeep Aggarwal in the above-referenced matter and write on his behalf to respectfully request that the Court permit Viren Rana to replace Radhika Aggarwal as a co-signor to Mr. Aggarwal's bond. The Government consents to this request and has approved Mr. Rana as a co-signor. Mr. Rana signed the bond agreement on April 27, 2017.

  By way of background, Mr. Aggarwal pleaded guilty to insider trading in November 2013. He is currently released on a $1,000,000 bond, secured by $500,000 in property and $275,000 in cash. Under an arrangement with the Government that was approved by this Court, Mr. Aggarwal has been allowed to live with his family in India until July 14, 2017, or until the Government requires his presence in the United States for sentencing. His sentencing is currently scheduled for October 17, 2017. Other than the removal of Ms. Aggarwal as a co-signor and addition of Mr. Rana, all conditions of Mr. Aggarwal's bail package would remain the same.

  The parties respectfully request that the Court so-order this proposed modification to Mr. Aggarwal's bail.

The Honorable Colleen McMahon
May 2, 2017
Page 2

    Thank you for your consideration of this request.

                          Respectfully submitted,

                          /s/ Sean P. Casey
                          Sean P. Casey
                          Brad H. Samuels
                          +1 212 488 1200

cc:   Brendon Quigley, Assistant U.S. Attorney (by ECF and e-mail)