# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/17

MEMO ENDORSED

July 13, 2017

7/17/17
OK

[signature: Colleen McMahon]

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1640
New York, New York 10007

      Re:    **United States v. Sandeep Aggarwal**
              No. 13 Cr. 884 (CM)

Dear Judge McMahon:

      We represent Defendant Sandeep Aggarwal in the above-referenced action.

      Mr. Aggarwal pled guilty to insider trading in November 2013, and, as referenced in the Government's letter dated July 29, 2014, Mr. Aggarwal is cooperating with the Government. Under an arrangement with the Government that was approved by this Court, Mr. Aggarwal has been allowed to live with his family in India until July 14, 2017, or until the Government required his presence in the United States for further cooperation or sentencing.

      Mr. Aggarwal's sentencing is currently scheduled for October 17, 2017, and the Government has indicated that he will not be needed back in the United States until that date. We therefore respectfully request the Court allow Mr. Aggarwal to remain in India for an additional three months until the date of his sentencing. The Government consents to this request.

      Thank you for your consideration.

The Honorable Colleen McMahon
July 13, 2017
Page 2

                                      Respectfully submitted,

                                      /s/ Brad H. Samuels___

                                      Brad H. Samuels
                                      +1 202 664-1900

cc:    Brendan Quigley, Assistant U.S. Attorney (by e-mail and ECF)