

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2017

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1640
New York, New York 10007

  **Re:**  *United States v. Sandeep Aggarwal,* No. 13 Cr. 884 (CM)

Dear Judge McMahon:

  The Government writes in response to the Court's October 12, 2017 endorsement of a letter from Clues Network, Inc. The Government has reviewed the letter and spoken with the defendant's attorney. The Government is not taking a position on the substance of the letter at this point. However, the Government has reminded the defendant's attorney, and asked him to convey to the defendant, that:

(i)  the Government's position on whether the defendant is entitled to acceptance of responsibility credit under the Sentencing Guidelines depends not only on the defendant's plea allocution, but also on his subsequent conduct prior to sentencing;

(ii)  the Government's obligations under the applicable plea agreement also depend on whether the defendant has fulfilled his obligations under that agreement through the time of sentencing; and

(iii)  the defendant is currently bailed with the Government's consent.

            Respectfully submitted,

            JOON H. KIM
            Acting United States Attorney

By:  _____
    Brendan F. Quigley
    Assistant United States Attorney
    (212) 637-2190
    Brendan.quigley@usdoj.gov