

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                        Plaintiff,

    v.

SANDEEP AGGARWAL,

                        Defendant.

13-CR-884 (CM)

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

Sandeep Aggarwal, by and through his attorneys and pursuant to Local Rule 1.4 and Local Criminal Rule 1.2, respectfully requests that the Court grant attorney Sean P. Casey of Walden Macht & Haran LLP leave to withdraw his appearance as attorney of record in this matter, and states as follows:

1. Jeffrey A. Udell and Amanda Senske of Walden Macht & Haran LLP are counsel of record to Mr. Aggarwal and will continue to act as counsel to Mr. Aggarwal.

2. Mr. Casey is leaving Walden Macht & Haran LLP and moving to an in-house position.

3. Mr. Aggarwal has consented to the withdrawal of Mr. Casey.

4. Mr. Aggarwal is currently awaiting sentencing and has a sentencing control date scheduled for July 30, 2019. The Government recently filed a request on behalf of the parties to adjourn the sentencing control date to November 7, 2019. Mr. Aggarwal does not anticipate that this withdrawal will cause any delays.

5. The Government has been notified of this request and has given its consent to the withdrawal of Mr. Casey.

Wherefore, Defendant Mr. Aggarwal respectfully requests that the Court enter an order granting the withdrawal of Sean P. Casey.

Dated: New York, New York
July 16, 2019

Respectfully Submitted,

By: _____

Sean P. Casey
One Battery Park Plaza, 34th Floor
New York, NY 10004
Tel.: (212) 335-2964

**IT IS SO ORDERED.**

Dated: 7/30/19

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

## **CERTIFICATION OF SERVICE**

I, Robert Carpenter, hereby certify that, on July 16, 2019, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of the Court using the CM/ECF System and to be served, via the Court's CM/ECF System, on the counsel of record for Plaintiff United States of America.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2019
New York, New York

Robert Carpenter