

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2019

MEMO ENDORSED

11/5/19

Granted

*[signature]* Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/19

**BY EMAIL**

The Honorable Colleen McMahon
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

    Re:    **United States v. Sandeep Aggarwal,**
            **13 Cr. 884 (CM)**

Dear Chief Judge McMahon:

    I write to request an adjournment of the sentencing in the above-captioned case, which is currently scheduled for November 7, 2019. As previously discussed with chambers, we request that sentencing be scheduled for February 4, 2020 at 4 p.m.

                              Very truly yours,

                              GEOFFREY S. BERMAN
                            United States Attorney

                      by: */s/ Daniel M. Tracer*
                         Daniel M. Tracer
                         Assistant United States Attorney
                         (212) 637-2329

Cc: Jeffrey Udell, Esq.
    Amanda Senske, Esq.